UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUZ CASCINA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HACKENSACK UNIVERSITY MEDICAL CENTER n/k/a HACKENSACK MERIDIAN HEALTH AND JOHN/JANE DOES A THROUGH D,**<br><br>    **Defendants.** | Civ. No. 19-17571 (KM) (ESK)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion (DE 25) for summary judgment filed by Defendant; and the Court having considered the submissions of the parties (DE 25, 26, 27) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and for good cause shown;

**IT IS** this 1st day of October, 2021,

**ORDERED** that Defendants' motion for summary judgment (DE 25) is **GRANTED**. The clerk shall close the file.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**